THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MIGUEL CHAVEZ-BARAHONA,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, et al.,<br><br>Respondents. | CASE NO. C15-0222-JCC-MAT<br><br>ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 15), and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Petitioner's motion for temporary restraining order (Dkt. 14) is DENIED.

The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

//

//

//

//

//

ORDER DENYING PETITIONER'S MOTION FOR
TEMPORARY RESTRAINING ORDER
PAGE - 1

1   DATED this 5th day of May 2015.

[signature: John C. Coughenour]

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S MOTION FOR
TEMPORARY RESTRAINING ORDER
PAGE - 2